AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

United States of America
v.

[1]NELSON HERNANDEZ FALCON
[2]YANDRES AYALA QUINTERO

Defendant(s)

Case No. 24-080 (M)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of January 31, 2024 in the county of Carolina in the Judicial District of Puerto Rico, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Section 841(a)(1) and (b)((1)(A)(ii) | Possession With Intent To Distribute Controlled Substances |
| Title 21, United States Code, Section 846 | Conspiracy to Possess With Intent To Distribute Controlled Substances |

This criminal complaint is based on these facts:
See attached affidavit completed by HSI SA Gabriel Santiago.

✓ Continued on the attached sheet.

Reviewed by: AUSA Daynelle Alvarez Lora

*Complainant's signature*

Gabriel Santiago, HSI SA
*Printed name and title*

Sworn in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 12:17 PM on February 1, 2024.

Date: 02/01/2024

*Judge's signature*

City and state: San Juan, Puerto Rico

U.S. Magistrate Judge Marshal D. Morgan
*Printed name and title*